U.S. COURTS

NOV 22 2013

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT DISTRICT OF IDAHO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP L. ANDERSON | ) | |
| Plaintiff, | ) | Case No. 4:12-cv-485-CWD |
| | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| REDLINE RECOVERY | ) | TRIAL BY JURY DEMANDED |
| SERVICES, LLC. | ) | |
| | ) | |
| Defendant. | ) | NUNC PRO TUNC |
| | ) | |

AFFIDAVIT IN SUPPORT OF AMMENDED COMPLAINT

STATE OF IDAHO       ]
                     ]  ss.
COUNTY OF BONNEVILLE ]

**EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW**

I, the undersigned affiant, a Lawful Man or Woman over the age of majority, not enlisted or commissioned in any military service, competent to testify to and having first-hand personal knowledge of the facts, in good faith, with no malice or intent of improper purpose such as to mislead, intimidate, harass, cause unnecessary delay, or increase litigation cost, and under penalty of perjury under the laws of the United States of America and the above identified State, do hereby timely certify the following averments as materially true, accurate, correct, and complete, to wit: that I know and witnessed the events set forth below regarding the Target, circumstances, date, time, location, Case # 4:12-cv-485-CWD, and as further delineated.

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

1

4.   Affiant, Phillip L. Anderson, is a consumer under the definition of the FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692a (3).

5.   Affiant has not seen or been presented with any material fact or evidence which demonstrates that he has had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant REDLINE RECOVERY SERVICES, LLC.

6.   Affiant has not seen or been presented with any material fact or evidence which demonstrates that he has given his consent for Defendant REDLINE RECOVERY SERVICES, LLC to acquire his consumer credit report from any credit reporting agency.

7.   Affiant after examination of his Experian consumer credit report discovered that defendant REDLINE RECOVERY SERVICES, LLC had obtained Plaintiff's Experian consumer credit report on February 9, 2012 and February 10, 2012. (See Exhibit "A")

Affiant has not seen or been presented with any material fact or evidence which demonstrates that a contract exists between REDLINE RECOVERY SERVICES, LLC. and DISCOVER BANK.

8.   Affiant received a Statement dated February 11, 2012 from REDLINE RECOVERY SERVICES, LLC. wherein, it stated they are a debt collector. (See Exhibit "B")

9.   Affiant states the intent by pulling my credit for the intended gains for themselves (the issuers or users) or for others for any of my rights, my private property or any part about my estate without full disclosure and my written prior consent is strictly forbidden.

10.   Affiant states that REDLINE RECOVERY SERVICES, LLC are in my affairs without subject matter jurisdiction and you are trying to extort "monies" and or My valuable time from Me (the living soul) under color of law.

11.   Affiant states that the entire matter appears to be a commercial fabrication using deceptively and may be fraudulent in its nature.

12.   Affiant states as a Fiduciary of your corporation you are presumed to know the law. If you were allowed to persist in these matter, you could have caused the following violations to occur: Collusion/rape, extortion, corruption of the Constitution and: [USC Title 18 Section 242 Deprivation of rights under color of law; USC Title 18 Section 1001 False and fictitious statements, conversion of the language to obstruct the truth; USC Title 18 Section 1002 Possession of false papers to defraud; USC Title 18 Section 3

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

## JURAT

State of Idaho        )
                      ) ss.
County of Bonneville )

On this 19th day of November 2013, before me, the undersigned, a Notary Public, in and for Idaho, personally appeared the above natural state citizen on Idaho, by autograph known to me to be the one whose name is appears on this instrument, and has acknowledged to me that he has executed the same, swears said document to be the truth to the best of his knowledge and ability, under pains and penalties of perjury.

Signature: *[signed]*                                              Seal *[notary seal: HAROLD L. JARDINE, NOTARY PUBLIC, STATE OF IDAHO]*

My Commission Expires: July 28, 2014

AFFADAVIT IN SUPPORT OF AMENDED COMPLAINT

4