# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILLIP ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>REDLINE RECOVER SERVICES,<br><br>    Defendant. | Case No. 4:12-cv-00485-BLW<br><br>JUDGMENT |

In accordance with the Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY

DATED: May 27, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

Judgment - 1